# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR FLORES, *as an individual and on behalf of all others similarly situated, current and former Aggrieved Employees*,<br><br>Plaintiff,<br><br>v.<br><br>MCLANE/SUNEAST, INC.,<br><br>Defendant. | Case No. 1:26-cv-05971-JLT-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT<br><br>(ECF No. 10) |

Before the Court is a stipulation from the parties regarding an extension of time in which Defendant may answer the complaint. For good cause shown, the Court approves the stipulation and ORDERS that said Defendant shall have through **September 23, 2026**, to answer or otherwise respond to the operative complaint.

IT IS SO ORDERED.

Dated: **August 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge