# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR FLORES, *as an individual and on behalf of all others similarly situated, current and former Aggrieved Employees*,<br><br>Plaintiff,<br><br>v.<br><br>MCLANE/SUNEAST, INC.,<br><br>Defendant. | Case No. 1:26-cv-05971-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO SEQUENCE PRELIMINARY MOTION PRACTICE FURTHER EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 12) |

In this wage and hour, consolidated, putative class action, the parties have stipulated that Defendant shall first file a motion to compel individual arbitration claims and stay the action pending the completion of arbitration. Should the Court deny this motion, the parties also stipulate that Defendant shall have thirty days following that denial (or remand following any appeal) to answer or otherwise respond to the complaint. For good cause shown, the Court approves the stipulation and ORDERS the following:

1. Defendant shall have through **September 30, 2026**, to file its motion to compel individual arbitration claims and stay the action pending the completion of arbitration; and

/ / /

/ / /

/ / /

2. Should the Court deny this motion, Defendant shall have thirty (30) days to answer or otherwise respond to the complaint. Should Defendant first appeal such a denial, Defendant shall have thirty (30) days to answer or otherwise respond to the complaint following any remand back to this Court.

IT IS SO ORDERED.

Dated: **September 11, 2026**

STANLEY A. BOONE
United States Magistrate Judge