# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR FLORES, *as an individual and on behalf of all others similarly situated, current and former Aggrieved Employees*,<br><br>Plaintiff,<br><br>v.<br><br>MCLANE/SUNEAST, INC.,<br><br>Defendant. | Case No. 1:26-cv-05971-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO VACATE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 15) |

Before the Court is the parties' stipulation to vacate the initial scheduling conference pending the disposition of Defendant's motion to compel arbitration. For good cause shown, the Court approves the stipulation and ORDERS that the November 10, 2026 initial scheduling conference is VACATED to be reset, if necessary, following the assigned District Judge's ruling on the motion to compel arbitration.[1]

IT IS SO ORDERED.

Dated: **October 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] The Court is aware that should the District Judge deny the motion to compel arbitration, Defendant will almost certainly move to dismiss. Accordingly, the Court will wait to reset the initial scheduling conference once this future issue has been addressed as well.